UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADRIANE B. JACKSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:17-CV-2727 ACL |
| HERBERT L. BERNSEN, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This closed case is before the Court on review of a letter to the Court dated April 27, 2018 from pro se petitioner Adriane B. Jackson. The letter will be construed as a motion to reconsider the Memorandum and Order and Order of Dismissal dated April 20, 2018, in which the Court dismissed petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2254 for failure to exhaust available state remedies.

After reviewing the grounds raised by petitioner, the Court will decline to reconsider the Order of Dismissal entered by this Court. The Court concludes that petitioner's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Petitioner is therefore not entitled to reconsideration of the dismissal of her petition, and her motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's letter dated April 27, 2018, which will be construed as a motion to reconsider the Order of Dismissal is **DENIED**.  [ECF No. 16]

Dated this 17th day of August, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE